UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   S.C., ON BEHALF OF HERSELF AND HER   :
   MINOR CHILD, E.C.,                                  :

                                  Plaintiffs,   :      1:24-cv-00842 (ALC)

        -against-                             :      **ORDER**

   NEW YORK CITY DEPARTMENT OF         :
   EDUCATION ET AL.                                :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are directed to file a joint status report by January 20, 2025.

**SO ORDERED.**

**Dated: December 30, 2024**
       **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**