UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.C., *on behalf of herself and her minor child, E.C.*, <br><br> **Plaintiffs,** <br><br> -against- <br><br> **NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,** <br><br> **Defendants.** | 1:24-cv-00842 (ALC) <br><br> **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated: February 10, 2025
    New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**